TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00808-CR

Johah Yokubaitis, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY

NO. 544962, HONORABLE FRED A. MOORE, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: March 8, 2001

Do Not Publish